**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **SHALONDA SUGGS** | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:24-cv-943-G** |
| | ) | |
| **LVNV FUNDING LLC** | ) | |
| **Defendant.** | ) | |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff SHALONDA SUGGS and Defendant LVNV Funding LLC pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) hereby requesting that this action be dismissed with prejudice. In support hereof, the Parties state as follows:

1. Plaintiff has agreed to dismiss her claims against Defendant with prejudice pursuant to a settlement agreement executed by the parties.
2. Plaintiff and Defendant have agreed to each pay their respective fees and costs.

WHEREFORE, the Parties request an Order of this Court granting the voluntary dismissal with prejudice of Plaintiff's claims against Defendant LVNV Funding LLC.

Respectfully submitted,

Dated: March 17, 2025

By: s/ Tiffany Hill
Tiffany Hill, Esq. (OBA# 31332)
PO Box 5302
Edmond, OK 73083
(405) 456-9406
thlegalconsulting@gmail.com
*Attorney for Plaintiff*

**/s/** Manuel H. Newburger
Manuel H. Newburger
**Attorney for Defendant**
Barron & Newburger, P.C.
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
(512) 659-4022 (Direct)
(512) 279-0310 (Fax)
mnewburger@bn-lawyers.com